# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1395 PA (AGRx) | Date | March 19, 2019 |
|---|---|---|---|
| Title | Janet Mausner v. Telebrands, Corp., et al. | | |

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings:**  IN CHAMBERS — COURT ORDER

On March 4, 2019, the Court issued an order provisionally remanding this action to the Los Angeles County Superior Court as a result of procedural defects in the Notice of Removal. The Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by March 11, 2019, if plaintiff objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects. Instead, on March 19, 2019, plaintiff requested that the matter be remanded to Los Angeles Superior Court. Accordingly, for the reasons stated in the March 4, 2019 Order, this action is remanded to the Los Angeles County Superior Court, Case No. BC710680.

IT IS SO ORDERED.